1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AN JON MARQUIS DOUGLAS, | No. 2:23-cv-02320-TLN-CKD |
| Plaintiffs, | |
| v. | **ORDER** |
| WARNER BROTHERS FILMS, | |
| Defendants. | |

Plaintiff, proceeding pro se, filed the above-entitled action. This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On December 28, 2023, the magistrate judge filed findings and recommendations herein which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 4.) The time to file objection has passed, and Plaintiff did not file objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court conducted a *de novo* review of this case. Having carefully reviewed this matter, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed December 28, 2023 (ECF No. 4) are ADOPTED IN FULL;
2. Plaintiff's Complaint is DISMISSED without leave to amend; and
3. The Clerk of the Court is directed to close this case.

Date: February 2, 2024

_____
Troy L. Nunley
United States District Judge